IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **KARINA PIEDAD NEGRETE TOCTE,** | § § § | |
| Petitioner, | § § | |
| v. | § § | **CAUSE NO. EP-26-CV-418-KC** |
| **PAMELA BONDI et al.,** | § § | |
| Respondent. | § § § | |

**ORDER**

On this day, the Court considered the case. Karina Piedad Negrete Tocte filed a Petition for Writ of Habeas Corpus, ECF No. 1, arguing that her detention is unlawful and requesting that she be released or given a bond hearing. Pet. ¶¶ 53–60.

Negrete Tocte is a citizen of Ecuador, who entered the country without inspection at an unspecified time. *Id.* ¶¶ 27–29. On January 5, 2026, Negrete Tocte was detained by immigration authorities for the first time in Minnesota. *Id.* ¶ 32. In order to properly assess the merits of her Petition, more facts are necessary. Thus, the Court exercises its discretion to order supplemental briefing. *See Lonchar v. Thomas*, 517 U.S. 314, 325 (1996) (quoting Habeas Rule 4 and citing Habeas Rule 7) (recognizing that district courts have "ample" discretion to "take such other action as the judge deems appropriate" and to "order expansion of the record").

Accordingly, the Court **ORDERS** that, <u>**by no later than February 19, 2026**</u>, Negrete Tocte shall **FILE** an advisory providing the date of her last entry into the United States.

**SO ORDERED**.

SIGNED this 14th day of February, 2026

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE